UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone ~~Settlement~~ Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

October 31, 2003

10:00 A.M.

Held 10:16 - 10:35 am (19 mins.)

CASE NO. **3:97CV2558** (JBA)  **Taylor v. Armstrong**

| | |
|---|---|
| ✓ Derrick Taylor<br>Inmate 450914<br>New Jersey State Prison<br>P.O. Box 861<br>Trenton, NJ 08625-0861 | Derrick Taylor |
| ✓ Sarah W. Poston<br>Zeldes, Needle & Cooper<br>1000 Lafayette Blvd., PO Box 1740<br>Bridgeport, CT 06601-1740<br>203-333-9441 | |
| Antoria D. Howard<br>✓ Steven R. Strom<br>Attorney General's Office<br>55 Elm St., PO Box 120<br>Hartford, CT 06141-0120<br>860-808-5450 | John Armstrong, et al.<br><br>203-271-5135 (Cheshire) |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Also held in: 3:96 CV 2156 (JFM) - Taylor v. Light
3:97 CV 1973 (OJS) - Taylor v. Rodriguez
~~[redacted]~~ Taylor v. Armstrong
3:00 CV 787 (AWT) - Taylor v. Myers