IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
MAR 29   4 01 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------x

DERRICK TAYLOR

3:96 CV 2156 (DFM)

V.

CLAUDE LIGHT ET AL.                 :    DATE: MAR. 26, 2004

------------------------------------------------x

------------------------------------------------x

DERRICK TAYLOR

3:97 CV 1973 (DJS)(TPS)

V.

A. RODRIGUEZ ET AL.                 :    DATE: MAR. 26, 2004

------------------------------------------------x

------------------------------------------------x

DERRICK TAYLOR

3:00 CV 302 (EBB)

V.

JOHN J. ARMSTRONG ET AL.            :    DATE: MAR. 26, 2004

------------------------------------------------x

------------------------------------------------x

DERRICK TAYLOR

3:00 CV 787 (AWT)

V.

LARRY MYERS ET AL.                  :    DATE: MAR. 26, 2004

------------------------------------------------x

AO 72A
(Rev. 8/82)

## ORDERS

By agreement of counsel, plaintiff's <u>pro se</u> Motions to Enforce Settlement Agreement (<u>Light</u>, Dkt. #67; <u>Rodriguez</u>, Dkt. #47; <u>Armstrong</u>, Dkt. #30; <u>Myers</u>, Dkt. #28), are hereby <u>denied without prejudice as moot</u>.

Dated at New Haven, Connecticut, this 26th day of March, 2004.

Joan Glazer Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)