IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DERRICK TAYLOR | 3:96 CV 2156 (DFM) |
| V. | |
| CLAUDE LIGHT ET AL. | DATE: MAY 8, 2007 |

| | |
|---|---|
| DERRICK TAYLOR | 3:97 CV 1972 (DFM) |
| V. | |
| REMI ACOSTA | DATE: MAY 8, 2007 |

| | |
|---|---|
| DERRICK TAYLOR | 3:97 CV 1973 (DJS)(TPS) |
| V. | |
| A. RODRIGUEZ ET AL. | DATE: MAY 8, 2007 |

| | |
|---|---|
| DERRICK TAYLOR | 3:00 CV 302 (EBB) |
| V. | |
| JOHN J. ARMSTRONG ET AL. | DATE: MAY 8, 2007 |

```
-----------------------------------------------------------x
                                        :
DERRICK TAYLOR                          :
                                        :    3:00 CV 787 (AWT)(DFM)
                                        :
V.                                      :
                                        :
LARRY MYERS ET AL.                      :    DATE: MAY 8, 2007
                                        :
-----------------------------------------------------------x
```

## ORDERS

By agreement of counsel, plaintiff's <u>pro se</u> Motions to Enforce Settlement and/or Withdraw from Settlement Agreements of 2001 and 2002 (<u>Light</u>, Dkt. #71; <u>Acosta</u>, Dkt. #51; <u>Rodriguez</u>, Dkt. #51; <u>Armstrong</u>, Dkt. #34; <u>Myers</u>, Dkt. #32), are hereby <u>denied without prejudice to renew, in light of the continuing settlement discussions from the productive settlement conference, held on May 3, 2007</u>.

Dated at New Haven, Connecticut, this 8th day of May, 2007.

                        /s/_____
                       Joan Glazer Margolis
                       U.S. Magistrate Judge